IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HALLORD ELLIS, | ) | |
| Plaintiff, | ) | 8:15CV214 |
| V. | ) | |
| MARK FOXALL, MARY EARLEY, DR. J. ESCH, ALAN BOGSBY, CORRECT CARE SOLUTIONS, and DOUGLAS COUNTY, NEBRASKA, | ) | ORDER |
| Defendants. | ) | |

IT IS ORDERED that Filing No. 14, a motion for extension of time, is granted.

DATED this 22nd day of December, 2015.

BY THE COURT:

*s/Richard G. Kopf*
Senior United States District Judge
Supervising Pro Se Judge